AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico ▼

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
19 JUN -4 AM 11:02
CLERK-ALBUQUERQUE

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 19-MR-644
)
2221 Don Felipe Road SW, )
Albuquerque, New Mexico )
)

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___ New Mexico ___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before ___ June 17, 2019 ___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___ The Honorable Laura Fashing ___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 6/3/2019 @ 2:40 pm     _____
                                               *Judge's signature*

City and state:  ALBUQUERQUE, NEW MEXICO        LAURA FASHING, U.S. MAGISTRATE JUDGE
                                                *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 19-MR-644 | 06.04.19 @ 6:00 AM | TANYA CHAVEZ (MOM) + MIKE VALENZUELA (MOM) |

Inventory made in the presence of:
FBI SPECIAL AGENTS & NMSP AGENTS

Inventory of the property taken and name of any person(s) seized:

PROPERTY SEIZED:
1. ONE OMNI TACTICAL AR-15 PISTOL (LOADED) WITH 30-ROUND MAG.,
2. ONE AR-15 100-ROUND DRUM MAGAZINE,
3. SIXTY (60) LIGHT BLUE M-30 TABLETS - SUSPECTED FENTANYL,
4. ONE PISTOL RECEIVER VOID OF SERIAL NUMBER,
5. ONE SPENT .223 CASING IN FRONT SEAT OF BMW,
6. ONE HANDGUN BUTTSTOCK FOR GLOCK PISTOL,
7. MISC. AMMUNITION,
8. MARIJUANA, AND
9. RIFLE MAGAZINES FOR AR-15.

PERSONS SEIZED:

NATHANIEL VALENZUELA AND ROGER VALENZUELA WERE ARRESTED BY NEW MEXICO STATE POLICE AGENTS, WHO WERE ON-SCENE, AND CHARGED WITH STATE VIOLATIONS.

NATHANIEL VALENZUELA WAS ALSO ARRESTED PURSUANT TO TWO FELONY WARRANTS ISSUED IN BERNALILLO COUNTY, NM.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/4/2019

*Executing officer's signature*
BRYAN ALLEE, FBI SPECIAL AGENT
*Printed name and title*

# ATTACHMENT A
## Premises to be Searched

The Subject Premises is located at **2221 Don Felipe Road SW, Albuquerque, New Mexico**, and may be described as a single story residence with tan siding and greenish-blue trim. The numbers 2221 are posted on the mailbox in front of the residence. Color photographs of the location are depicted below. The search of the Subject Premises shall include the entire residence and all outbuildings, trash cans, storage containers, and vehicles[1] parked at, or in front of, the Subject Premises.





VALENZUELA on the phone in front of the Subject Premises.



VALENZUELA entering the Subject Premises.

---

[1] Only vehicles parked at the Subject Premises or in front of the premises and having an apparent connection to the Subject Premises will be searched. Connection to the Subject Premises may be established by way of prior law enforcement observation, vehicle registration, subject admission or possession of an ignition key.

Attachment A

**ATTACHMENT B**
**Items to be Seized**

All evidence of violations of 18 U.S.C. § 922(x)(2) Being a Juvenile in Possession of a Handgun, 18 U.S.C. § 924(c) Use of a Firearm in Furtherance of a Drug Trafficking Crime, 21 U.S.C. § 841(a)(1) Possession of Fentanyl with Intent to Distribute, 21 U.S.C. § 843(b) Use of a Communication Facility to Facilitate a Drug Crime, and 21 U.S.C. § 846 Conspiracy to Distribute Fentanyl, to include the following items:

1) Controlled substances, including fentanyl; drug paraphernalia, scales, plastic bags, and other packaging materials.

2) Evidence of drug trafficking: to include books, records, receipts, notes, ledgers, money order receipts, money orders, money remittance receipts, pre-paid money cards such as MoneyPak, Green Dot, Wal-Mart, or other debit cards, bulk United States currency and other documents relating to transporting, ordering, purchasing, manufacturing, or distribution of drugs.

3) Proceeds of drug trafficking: including currency, jewelry, and other assets or financial records related thereto.

4) Firearms, ammunition, magazines, holsters, and items used to store firearms.

5) Cellular telephones and other digital devices, such as computers, laptops, tablets, PDAs or similar electronic storage devices.

6) Articles of property tending to establish the identity of persons in control of premises, vehicles, storage areas, and containers being searched, including utility company receipts, rent receipts, addressed envelopes, and keys.

7) Safes, combinations or key-lock strong boxes or other secure storage containers, suitcases, locked cabinets and types of locked or closed containers, and hidden compartments that may contain any of the foregoing.